Vincent Riggs, Fayette Circuit Clerk
120 N. Limestone, Room D-157
Lexington, KY 40507-1152



JOHN E WATERCUTTER
2317 ALUMNI PARK PLAZA, STE. 200
LEXINGTON, KY 40517



## KCOJ eFiling Cover Sheet

Case Number: 15-CI-01707

Envelope Number: 14354

Package Retrieval Number: 1435477041@00000653571

Service by: Certified Mail

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling/Pages/default.aspx.

Page 1 of 1                    Generated: 5/8/2015 11:18:54 AM

Package : 000001 of 000008

| | | |
|---|---|---|
| AOC-E-105   Sum Code: CI<br>Rev. 9-14<br><br>Commonwealth of Kentucky<br>Court of Justice    Courts.ky.gov<br><br>CR 4.02; Cr Official Form 1 | <br><br>**CIVIL SUMMONS** | Case #: **15-CI-01707**<br>Court:  **CIRCUIT**<br>County: **FAYETTE** |

*Plantiff,* BOWMAN, DESIREE   VS. CENTRAL KENTUCKY MANAGEMENT SERVICES, INC, *Defendant*

TO:   **JOHN E WATERCUTTER**
      **2317 ALUMNI PARK PLAZA, STE. 200**
      **LEXINGTON, KY 40517**

The Commonwealth of Kentucky to Defendant:
**CENTRAL KENTUCKY MANAGEMENT SERVICES, INC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

                                                            /s/ Vincent Riggs, Fayette Circuit Clerk
                                                            Date: **05/08/2015**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20 _____

_____
Served By

_____
Title

Summons ID: 1435477041@00000653571
CIRCUIT: 15-CI-01707 Certified Mail
BOWMAN, DESIREE   VS. CENTRAL KENTUCKY MANAGEMENT SERVICES, INC



Page 1 of 1

**eFiled**

Package : 000002 of 000008

CIVIL CASE NO. _____                    FAYETTE COUNTY CIRCUIT COURT
                                                                DIVISION _____

**DESIREE BOWMAN**                                               PLAINTIFF
304 BELL LAWN
NICHOLASVILLE, KY 40356

v.            **COMPLAINT AND JURY DEMAND**

**CENTRAL KENTUCKY MANAGEMENT SERVICES,**                        DEFENDANT
**INC.**
2317 ALUMNI PARK PLAZA, STE 200
LEXINGTON, KENTUCKY 40517

    SERVE: JOHN E. WATTERCUTTER
    2317 ALUMNI PARK PLAZA, STE 200
    LEXINGTON, KY 40517

Comes the Plaintiff, Desiree Bowman, by counsel, and for her Complaint states as follows:

### NATURE OF ACTION

1. This is an action brought by a consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 - 1692o ("FDCPA").

2. Defendant Central Kentucky Management Services, Inc. (CKMS) is a debt collector collecting on a debt it alleges Ms. Bowman's daughter, Claire Bowman, owes.

3. Despite the provisions of the FDCPA that prohibit debt collectors from using "unfair or unconscionable means to collect or attempt to collect any debt" and "false, deceptive, or misleading representations or means in connection with the collection of any debt" Defendant CKMS threatened Ms. Bowman that her daughter may be imprisoned if her daughter's debt to Defendant CKMS was not paid.

### JURISDICTION

4. This Court has jurisdiction pursuant to the FDCPA, 15 U.S.C. §1692k(d).

5. The amount in controversy exceeds the jurisdictional requirement.

6. Venue is proper in this Court because the Defendant's principal place of business is in Fayette County, KY.

1

Filed                 15-CI-01707    05/08/2015           Vincent Riggs, Fayette Circuit Clerk

## PARTIES

9. Plaintiff, Desiree Bowman, is a natural person who resides in Jessamine County, Kentucky. Ms. Bowman is a "consumer" within the meaning of the FDCPA, as defined at 15 U.S.C. § 1692a(3).

10. Defendant CKMS, is a Kentucky corporation is engaged in the business of collecting debts on behalf of creditors from citizens of the Commonwealth. CKMS's principal place of business is 2317 Alumni Park Plaza, Suite 200, Lexington, KY 40517.

11. Defendant CKMS regularly collects or attempt to collect debts owed or due or asserted to be owed or due another, and is a "debt collector" within the meaning of the FDCPA, as defined by 15 U.S.C. § 1692a(6).

## FACTS

12. Plaintiff incorporates all previous allegations as though restated here in full.

13. Plaintiff's daughter, Claire Bowman, is disabled and unable to work or earn income.

14. In February 2014, Plaintiff's daughter underwent surgery at UK Hospital in Lexington, KY, resulting in approximately $9,000.00 in charges.

15. Plaintiff did not receive bills for these charges until May 2014.

16. After receiving these bills, Plaintiff called UK Hospital and was told all of the billed charges had been turned over to collections with Defendant CKMS.

17. Plaintiff then called Defendant CKMS and spoke to a representative. Plaintiff asked the representative if her daughter could be sent to prison if these bills were not paid. The representative told her that it was possible.

18. Based on that representation, Plaintiff began making $25.00 payments to Defendant CKMS in June 2014 and continued making them through December 2014.

## CLAIM FOR RELIEF: VIOLATION OF THE FDCPA

19. Plaintiff incorporates all previous allegations as though restated here in full.

20. The above conduct by Defendant CKMS constituted violations of the FDCPA, including but not limited to the following:

2

Filed                 15-CI-01707    05/08/2015           Vincent Riggs, Fayette Circuit Clerk

Package : 000004 of 000008

1. Violation of 15 USC § 1692d: Defendant CKMS engaged in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Namely, Defendant CKMS threatened Plaintiff with criminal sanction against Plaintiff's daughter in connection with the collection of Plaintiff's daughter's debt.

2. Violation of 15 USC § 1692e(4): Defendant falsely represented to Plaintiff that nonpayment of her daughter's debt could result in her daughter's arrest or imprisonment.

3. Violation of 15 USC § 1692e(5): Defendant threatened to take action, namely criminal sanction and imprisonment, that could not legally be taken.

21. As a direct result of these actions, Plaintiff is entitled to an award of actual damages, statutory damages, attorney's fees, and costs.

**WHEREFORE**, Plaintiff, Desiree Bowman, requests that this Court:

1. Grant Plaintiff a jury trial;
2. Award Plaintiff actual damages;
3. Award Plaintiff statutory damages;
4. Award Plaintiff reasonable attorney's fees and costs; and
5. Such other relief as may be just and proper.

Respectfully submitted,

*[signature]*

**Ben Carter**
**Joshua Goodnewt**
*Ben Carter Law PLLC*
Marion E. Taylor Building, 6th Floor
312 South Fourth Street
Louisville, KY 40202
Tel:   (502) 509-3231
Fax:  (502) 792-7511
ben@bencarterlaw.com
*Counsel for Plaintiff Desiree Bowman*

3

Filed       15-CI-01707   05/08/2015        Vincent Riggs, Fayette Circuit Clerk

No._____                                          FAYETTE CIRCUIT COURT
                                                             DIVISION_____

**DESIREE BOWMAN**                                              PLAINTIFF

VS.                **PLAINTIFF'S FIRST DISCOVERY REQUESTS**

**CENTRAL KENTUCKY MANAGEMENT SERVICES, INC.**                  DEFENDANTS

*********

Pursuant to Kentucky Rules of Civil Procedure 33, 34, and 36, Plaintiff, Desiree Bowman, by counsel, propound on Defendant Central Kentucky Management Services, LLC, ("CKMS" or "Defendant") First Discovery Requests:

### REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Produce any and all documents, or the forms thereof, transmitted to Plaintiff, or her daughter Claire Bowman, by or on behalf of Defendant with regard to Plaintiff's daughter's account ref. #2300280 ("the account").

2. Produce any and all documents reflecting Defendant's purchase or ownership of the account.

3. Produce any and all documents concerning the account and Defendant's efforts to investigate and collect thereon, including all internal collection records, collection screens, audit records, credit reports, skip trace reports, and correspondence.

4. Produce any and all records of phone calls made to or from Plaintiff or her daughter concerning the account, including but not limited to all telephone logs, recordings and transcripts of telephone calls, and the text of any telephone messages left.

5. Produce any and all documents concerning your procedures reasonably adapted to make sure a debtor is not contacted once defendant receives notice of representation or a cease collection request.

6. Produce any and all correspondence sent to or from Plaintiff or her daughter concerning the account.

Filed          15-CI-01707    05/08/2015          Vincent Riggs, Fayette Circuit Clerk

7. Produce any and all documents identified in or relied upon to answer the following interrogatories.

## INTERROGATORIES

**Interrogatory 1:** Provide the name, address, and job title of anyone who assisted in the preparation of the responses to these discovery requests. If more than one name is provided, identify to which interrogatory, request for production, or admission the person assisted responding.

A:

**Interrogatory 2:** State the date of each communication from and to Plaintiff and from and to any servicer, forwarder, or intermediary with regard to the account, and identify all parties to the communication.

A:

**Interrogatory 3:** Set forth a plain English translation or transcript of the full "contact history," media, collection, servicing, or credit records Defendant has been asked to produce in the above Requests for Production.

A:

**Interrogatory 4:** Identify the date and nature of all documents and information Defendant received about the account before Defendant began collection efforts regarding the account placed with you for collection.

A:

Filed          15-CI-01707    05/08/2015          Vincent Riggs, Fayette Circuit Clerk            2

Package : 000007 of 000008

                                                                  Respectfully Submitted,

                                                                   */s/ Ben Carter*
                                                                   Ben Carter
                                                                   Joshua Goodnewt
                                                                   **BEN CARTER LAW PLLC**
                                                                   312 South Fourth Street, Sixth Floor
                                                                   Louisville, KY 40202
                                                                   502 509 3231
                                                                   ben@bencarterlaw.com
                                                                   bencarterlaw.com
                                                                   *Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

The above signature certifies that Defendant's counsel mailed this document, postage prepaid to the following this the 8th day of May, 2015.

John E. Watercutter, Jr.
2317 Alumni Park Plaza, Ste 200
Lexington, KY 40517
*Registered agent for Defendant Central Kentucky Management Services, Inc.*

Package : 000008 of 000008