UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

| | |
|---|---|
| **DESIREE BOWMAN** | ) |
| *Plaintiff* | ) ) ) |
| vs. | ) Civil Action No. 5:15-CV-169-JMH |
| **CENTRAL KENTUCKY MANAGEMENT SERVICES, INC.** | ) ) ) ) |
| *Defendant* | ) |

### PLAINTIFF'S MOTION TO DISMISS

Comes the Plaintiff, Desiree Bowman, via counsel, and moves this Court to dismiss this action with prejudice. In support of her Motion, Plaintiff states she has resolved all of her claims with Defendant.

Respectfully submitted,

/s/ Ben Carter
Ben Carter
Ben Carter Law PLLC
900 S. Shelby St.
Louisville, KY 40203
*Counsel for Desiree Bowman*

### CERTIFICATE OF SERVICE

The above signature certifies that on October 14, 2015, the foregoing was filed electronically with the Court and served upon the following via the Court's CM/ECF software:

John P. Langenderfer (KY #96040)
SURDYK, DOWD & TURNER CO., L.P.A.
8163 Old Yankee St., Suite C
Dayton, Ohio 45458
Tel. (937) 222-2333
Fax (937) 222-1970
jlangenderfer@sdtlawyers.com