UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CIVIL ACTION NO. 5:15-cv-169-EBA

DESIREE BOWMAN,                                                                                PLAINTIFF,


V.                                                    **ORDER**


CENTRAL KENTUCKY SERVICES
MANAGEMENT SERVICES, INC.,                                                DEFENDANT.

\* \* \* \* \* \* \*

This matter is before the undersigned upon Plaintiff's Motion for Partial Summary Judgment. [R. 10]. Since filing the motion for partial summary judgment on September 16, 2015, however, Plaintiff has resolved all of her claims with Defendant and has filed a motion to dismiss, [R. 12], which the Court has granted in a separate order. Having considered the matter fully and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's Motion for Partial Summary Judgment [R. 10] is DENIED as MOOT.

Signed October 16, 2015.



Signed By:
*Edward B. Atkins*  $\mathcal{E}\beta\mathcal{A}$
United States Magistrate Judge